30 A.3d 1099

Kenneth HOLMES, Petitioner

v.

Mike WENEROWICZ, Respondent.

No. 50 EM 2011.

Supreme Court of Pennsylvania.

Oct. 13, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**